UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-1709 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's July 26, 2024 Minute Order, the parties having conferred jointly submit the following status report in this Freedom of Information Act ("FOIA") matter:

1. Plaintiff initiated this FOIA action on June 14, 2024, and Defendant answered the Complaint on July 24, 2024. Plaintiff seeks from Defendant's Office of Legal Counsel ("OLC") the release of "all opinions, memoranda, or analysis issued by . . . OLC concerning Section 3 of the Fourteenth Amendment." Compl. ¶ 13.

2. Defendant's initial search for potentially responsive records is complete, and the agency has identified approximately 77 pages of potentially responsive records. These records are currently being reviewed for responsiveness and the applicability of any FOIA exemptions. At this time, the agency anticipates that it will begin releasing responsive, non-exempt pages to Plaintiff in September 2024.

3. After Defendant has completed its releases, the parties will confer to attempt to resolve any outstanding issues prior to proposing a schedule for summary judgment briefing, if needed. Defendant submits that it is too early at this stage to determine whether a *Vaughn* index will be required; however, the parties will confer once Defendant's releases are completed. Should

the parties proceed to summary judgment briefing, Defendant intends to prepare such an index for that purpose.

4. Defendant does not currently anticipate the need for an *Open America* stay but reserves the right to so move should circumstances change requiring such relief.

5. The parties propose that they file a further Joint Status Report in approximately 60 days, or no later than October 22, 2024, and every sixty days thereafter until Defendant has completed its releases.

6. A proposed order is submitted herewith.

Dated: August 22, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

/s/ *Laura Iheanachor*
Laura Iheanachor
(D.C. Bar No. 1782056)
Chun Hin Tsoi
(D.C. Bar No. 90017713)
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
1331 F St. NW, Suite 900
Washington, DC 20004
Phone: (202) 408-5565
Fax: (202) 508-5020
liheanachor@citizenforethics.org
jtsoi@citizensforethics.org

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Tabitha Bartholomew*_____
TABITHA BARTHOLOMEW
D.C. BAR # 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) ) | Civil Action No. 24-1709 (LLA) |

**PROPOSED ORDER**

Upon consideration of the parties' August 22, 2024 Joint Status Report, it is hereby

ORDERED that the parties shall file a further Joint Status Report on or before October 22, 2024, and every sixty days thereafter.

SO ORDERED.

Date: _____          _____

United States District Judge